

1  McGREGOR W. SCOTT
   United States Attorney
2  MATTHEW STEGMAN
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone (916) 554-2793

JAN 3 0 2006

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

IN RE: APPLICATION FOR AN ORDER        )  SW-05-0030 PAN
AUTHORIZING THE INSTALLATION AND       )
USE OF A PEN REGISTER DEVICE, TRAP     )  MOTION TO UNSEAL
AND TRACE DEVICE, DIALED NUMBER        )  AND [PROPOSED] ORDER
INTERCEPTOR, NUMBER SEARCH DEVICE,     )
AND CALLER IDENTIFICATION SERVICE,     )
AND THE DISCLOSURE OF BILLING,         )
SUBSCRIBER, AND AIR TIME INFORMATION   )
                                       )
_____)

The documents filed in the above-referenced case were ordered sealed by this Court until further order. Those documents related to an investigation that resulted in an indictment which was returned on December 15, 2005 in case number CR. S-05-542 GEB.

The United States hereby requests that the above-referenced

///
///
///
///
///
///
///

1

1  file be unsealed so that its contents may be revealed in discovery
2  in Case No. CR. S-05-542 GEB.
3  Dated: January 27, 2006           Respectfully Submitted,

                                     McGREGOR W. SCOTT
                                     United States Attorney

                              By:    /s/ Matthew C. Stegman
                                     MATTHEW C. STEGMAN
                                     Assistant U.S. Attorney

   Upon application of the United States of America and good cause having been shown,

   IT IS HEREBY ORDERED that the United States' Motion To Unseal the documents filed in this case is GRANTED.

DATED: January 30, 2006

                                     GREGORY G. HOLLOWS
                                     ─────────────────────────────
                                     HON. GREGORY G. HOLLOWS
                                     United States Magistrate Judge